# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHRISTOPHER WARING, | ) |
| Plaintiff | ) Case No. 3:20-cv-05036-MDH |
| v. | ) ORDER GRANTING STIPULATION |
| | ) TO DISMISS WITHOUT PREJUDICE |
| C.R. BARD INC. and BARD PERIPHERAL VASCULAR, INC., | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the Parties' *Joint Stipulation of Dismissal Without Prejudice (Doc. 32)*. It is **ORDERED** that said Stipulation is **GRANTED**, and this matter is dismissed without prejudice with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 8, 2021         /s/ Douglas Harpool
                             **DOUGLAS HARPOOL**
                             **United States District Judge**